### DONALD W. GILFILLAN, Appellant, v. MARY BERNICE PALMER, Respondent.

No. 7586

March 27, 1975                          533 P.2d 456

*Stewart & Horton, Ltd.,* and *Raymond B. Little,* of Reno, for Appellant.

*Sanford, Sanford, Fahrenkopf & Mousel* and *M. Craig Haase,* of Reno, for Respondent.

## OPINION

*Per Curiam:*

In this action by an attorney against his former client to recover attorney's fees claimed to be due, the trial court found that all legal fees owing the attorney and his associated California counsel were paid by the client's husband to California counsel pursuant to the terms of a property settlement agreement obligating the husband to pay such fees, and that the client's obligation thereby was discharged. The record supports that finding.

Affirmed.